# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | |
| Plaintiff, ) | CR 06-1024-TUC-CKJ (JCG) |
| vs. ) | |
| ) | ORDER |
| Asael Alonso Bojorquez-Rios, ) | |
| Defendant. ) | |

Upon reading the foregoing motion filed by the government, and good cause appearing,

IT IS ORDERED that the government may have until October 6, 2006 to respond to the Defendant's Motion to Reveal Confidential Informant.

DATED this 19th day of September, 2006.

_____
Cindy K. Jorgenson
United States District Judge